IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**PAULETTE ROLLISON,**
**STORMY GALE,**
**and SHERRY HUGHART,**

**Plaintiffs,**

**v.**

**CC SERVICES,**

**Defendant.**                                           **No. 05-CV-4193-DRH**

## ORDER

**HERNDON, District Judge:**

Pending before the Court is Plaintiffs' motion for leave to file First Amended Complaint (Doc. 17). Specifically, Plaintiffs seek leave to amend their complaint to eliminate their second claim for relief, Illinois Minimum Wage Law claims. Said motion is **GRANTED**. Plaintiffs shall file their First Amended Complaint *instanter*.

**IT IS SO ORDERED.**

Signed this 10th day of March, 2006.

/s/         David  RHerndon
**United States District Judge**