# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**PAULETTE ROLLISON,**
**STORMY GALE,**
**and SHERRY HUGHART,**

**Plaintiffs,**

v.

**CC SERVICES, INC.,**

**Defendant.**                                                      No. 05-CV-4193-DRH

## ORDER

**HERNDON, District Judge:**

Now before the Court is Defendant's motion to reconsider Order granting Plaintiffs' motion to amend complaint (Doc. 23). The Court fully considered the possibility that Plaintiffs may proceed in state court in deciding to allow Plaintiffs to dismiss here. Said motion is **DENIED**.

**IT IS SO ORDERED.**

Signed this 29tth day of March, 2006.

/s/     David   RHerndon
**United States District Judge**