**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| STORMY GALE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 05-CV-4193-DRH |
| | ) | |
| v. | ) | |
| | ) | |
| CC SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER APPROVING SETTLEMENT**

The parties having jointly moved the court for approval of the settlement and for dismissal of this action, and good cause appearing,

IT IS HEREBY ORDERED AND ADJUDGED:

1. The court has jurisdiction over the subject matter of this action and over all parties to this action.

2. The court hereby approves and confirms the settlement and release in this matter as being a fair, reasonable, and adequate settlement and compromise of this action.

3. The court hereby dismisses this action in its entirety, with prejudice and on the merits, never to be brought again.

DATED this 12th day of June, 2007.

/s/     David   RHerndon
District Court Judge