# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**STORMY GALE,**

    **Plaintiff,**

**v.**                        **CIVIL ACTION NO.  05-CV-4193 DRH**

**CC SERVICES, INC.,**

    **Defendant.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This action came to hearing before the Court on Motion for Approval of Settlement and Dismissal.

**IT IS ORDERED AND ADJUDGED** that the motion is **GRANTED.** This cause of action is DISMISSED in its entirety.------------------------------------------------------------------

**NORBERT G. JAWORSKI, CLERK**

June 12, 2007                                                  BY:   /s/Patricia Brown
                                                                                Deputy Clerk

APPROVED:  /s/     David   RHerndon
                  **U.S. DISTRICT JUDGE**